FILED
08 JUL 29 AM 11: 15
RICHARD W. WIEKING
U.S. DIST. COURT
N.D. OF CA.

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __LEWIS__ __REGINALD__ __T.__
     (Last)          (First)         (Initial)

Prisoner Number __P95159__

Institutional Address __SAN QUENTIN STATE PRISON__ **(PR)**
__SAN QUENTIN, CA 94964__

**SBA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CV 08      3618**

Full Name of Petitioner

__REGINALD T. LEWIS__

vs.

__WARDEN ROBERT AYERS__     PETITION FOR A WRIT OF HABEAS CORPUS
Name of Respondent
(Warden or jailor)

Case No. (To be provided by the clerk of court)

---

Read Comments Carefully Before Filling In

When and Where to File

    You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

    If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your

1

petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

_____N/A_____                                    _____N/A_____
Court                                              Location

(b) Case number, if known _____N/A_____
(c) Date and terms of sentence _____N/A_____
(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes ___ No ___

Where? _____
(Name of Institution)                    (Address)

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

_____N/A_____

3. Did you have any of the following?   N/A

Arraignment: Yes __ No __   Preliminary Hearing: Yes __ No __ Motion to Suppress: Yes __ No __

3

4. How did you plead?

Guilty _____   Not Guilty _____   Nolo Contendere _____

Any other plea (specify) _____ N/A _____

5. If you went to trial, what kind of trial did you have?

Jury _____   Judge alone _____   Judge alone on a transcript _____

6. Did you testify at your trial?   Yes __   No __

7. Did you have an attorney at the following proceedings:

(a) Arraignment   Yes __   No __
(b) Preliminary hearing   Yes __   No __
(c) Time of plea   Yes __   No __
(d) Trial   Yes __   No __
(e) Sentencing   Yes __   No __
(f) Appeal   Yes __   No __
(g) Other post-conviction proceeding   Yes __   No __

8. Did you appeal your conviction?   Yes __   No __

    (a) If you did, to what court(s) did you appeal?

Court of Appeal   Yes __   No __   _____N/A_____
                                       (Year)          (Result)

Supreme Court of
California   Yes __   No __   _____
                                       (Year)          (Result)

Any other court   Yes __   No __   _____
                                       (Year)          (Result)

    (b) If you appealed, were the grounds the same as those that you are raising in this petition?   Yes __   No __

    (c) Was there an opinion?   Yes   No

    (d) Did you seek permission to file a late appeal under Rule 31(a)?
        Yes   No

If you did, give the name of the court and the result:

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes ✓   No __

Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

(a)   If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.  Name of Court **MARIN COUNTY SUPERIOR COURT**

Type of Proceeding **WRIT OF HABEAS CORPUS**

Grounds raised (Be brief but specific):

a. **VIOLATION OF DUE PROCESS**

b. _____

c. _____

d. _____

Result **PETITION DENIED**   Date of Result **7-23-08**

II.  Name of Court _____

Type of Proceeding _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result _____   Date of Result _____

III.  Name of Court _____

6

Type of Proceeding _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result _____ Date of Result _____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?     Yes ✓  No __

_U.S. DISTRICT COURT, SAN FRANCISCO, CA_

(Name and location of court)

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you need more space. Answer the same questions for each claim.

Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. § 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

Claim One: __VIOLATION OF DUE PROCESS__

UNDER VALDIVIA VS. SCHWARZENEGGER

Supporting Facts: PETITIONER WAS HELD FOR MORE THAN 40 DAYS (WITHOUT GOOD CAUSE) WAITING FOR A PAROLE REVOCATION HEARING

Claim Two: VIOLATION OF DUE PROCESS IN A PREVIOUS INCIDENT.

Supporting Facts: IN THIS INCIDENT, PETITIONER WAS CONFINED IN SAN QUENTIN ON FALSE CHARGES WITH NO SCREENING, NOR REVOCATION HEARING FOR 6 MONTHS.

Claim Three: _____

Supporting Facts: _____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

VALDIVIA vs. SCHWARZENEGGER (CIV NO. S-94-0671-LKK/GGH)

Do you have an attorney for this petition?   Yes ___   No ✓

If you do, give the name and address of your attorney:

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on __7-25-08__      _____
             Date                    Signature of Petitioner

(rev. 5/96)

9

REGINALD LEWIS P95159
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94964

RECEIVED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
450 GOLDEN GATE AVE
BOX 36060
SAN FRANCISCO, CA 94102

