CASE # 08-3618-SBA

HABEAS CORPUS

DATE: 6-3-08
REGINALD LEWIS P95159
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94964

RECEIVED AUG 22 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DEAR ADMINISTRATOR, OR ATTORNEY,

I AM UNLAWFULLY BEING HELD IN PRISON DUE TO A CLERICAL ERROR/NON-DISCRETIONARY DECISION BY THE BOARD ON 5-28-08. MY DETENTION IS A SERIOUS LIABILITY BECAUSE I SHOULD HAVE BEEN RELEASED ON 5-23-08. THE DELAY HAS ALSO CAUSED MY HEARING TO BE PREJUDICED AND NONE OF MY REQUESTED WITNESSES RECEIVED A SUBPOENA. MY DUE PROCESS WAS VIOLATED UNDER VALDIVIA (NO. CIV. S-94-0671 LKK/GGH).

MY FINAL REVOCATION HEARING WAS HELD BY PROXY, 41 DAYS AFTER PLACEMENT OF THE HOLD. PURSUANT TO FEDERAL LAW, THE CHARGES WERE TO BE DISMISSED AT THE FINAL HEARING ON 5-28-08. THE BOARD PROVIDED ME WITH A FORM WHICH SHOWS 4-17-08 AS THE PAROLE HOLD DATE, AND ALSO SHOWING THAT THE FINAL HEARING MUST BE HELD NO LATER THAN (NLT) 5-22-08.

THIS IS THE SECOND SERIOUS DUE PROCESS VIOLATION AGAINST ME BY THE BOARD. IN THE PREVIOUS INCIDENT, I WAS HELD (ON FALSE CHARGES) IN SAN QUENTIN (RECEPTION CENTER) FOR 6 MONTHS, WITH NO SCREENING OFFER, NOR A REVOCATION HEARING.

Reginald Lewis

CASE #
08-3618-SBA (EMERGENCY APPEAL) COPY

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region       Log No.       Category
1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| REGINALD LEWIS | P95159 | N/A | 1D040 |

A. Describe Problem: MY RELEASE DATE WAS 5-23-08, AND MY DETENTION IS A SERIOUS LIABILITY. MY DUE PROCESS WAS VIOLATED UNDER VALDIVIA, (NO. CIV. S-94-0671-LKK/GGH) PERMANENT INJUNCTION. THIS IS THE SECOND SERIOUS DUE PROCESS VIOLATION AGAINST ME BY THE BOARD. IN THE PREVIOUS INCIDENT, I WAS HELD IN SAN QUENTIN (ON FALSE CHARGES) FOR 6 MONTHS, WITH NO SCREENING, NOR A REVOCATION HEARING.

If you need more space, attach one additional sheet.

B. Action Requested: PLEASE DISCHARGE MY PAROLE IMMEDIATELY.
I SHOULD BE AT WORK RIGHT NOW, EARNING $45.00 TO $75.00 PER HOUR AS A REPORTS DEVELOPER.

Inmate/Parolee Signature: _Reginald Lewis_    Date Submitted: 6-3-08

C. INFORMAL LEVEL (Date Received: _____)

Staff Response:

CASE # 08-3618-SBA
HABEAS CORPUS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

COPY



REGINALD LEWIS P95159
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94964

US DISTRICT COURT
450 GOLDEN GATE AVE
BOX 36060
SAN FRANCISCO, CA 94102

