

REGINALD LEWIS  P95159      6-27-08
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94964

DEAR CLERK,
  ENCLOSED IS $10 DOLLARS FOR
PAGES OF MY PREVIOUS CIVIL COMPLAINTS.
PLEASE SEND ME A COPY OF THESE COMPLAINTS:
① CV-08-01823-SBA
② CV-08-03373-SBA
③ CV-01-02485-SBA
④ CV-08-01086-SBA

              Reginald Lewis

8-20-08

DEAR CLERK,

PLEASE CREDIT THE $10 DOLLARS
PAID TOWARD CASE NUMBERS

  08-3618-SBA
       OR
  08 3619-SBA

                    THANK YOU
                    Reginald Lewis

FILED
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

1301 CLAY STREET, SUITE 400S
OAKLAND, CALIFORNIA 94612-5212
(510) 637-3530

July 8, 2008

Reginald Lewis
P95159
San Quentin State Prison
San Quentin, CA 94964

## REPRODUCTION COSTS

CASE NUMBER: C-02-1823-SBA/C-02-3373-SBA/C-01-2485-SBA/C-02-1086-SBA

CASE TITLE: Lewis -v- Terhune, et al

The above four cases from which you are requesting copy work have be sent to the Federal Record Center archives.   In order to complete your copy request the cases will have to be returned to the Clerk's Office in Oakland.   There is a $45 retrieval fee to have a case returned from archives to the Clerk's Office.

Please remit $180.00 for the cost of retrieval for four files at a fee of $45 per file.   Return this letter with a check or money order made payable to:

Clerk, U.S. District Court
1301 Clay St., Rm 400S
Oakland, CA 94612-5212

Sincerely,
RICHARD W. WIEKING

by: _____
Case Systems Administrator

*Handwritten note:* WE CANNOT AFFORD TO PAY THIS AMOUNT AT THIS TIME. PLEASE REFUND OR CREDIT THE $10.00 PAID   THANK YOU

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020736
Cashier ID: sprinka
Transaction Date: 06/30/2008
Payer Name: REGINALD LEWIS

PAPER COPIES
 For: REGINALD LEWIS
 Amount:         $10.00

CHECK
 Check/Money Order Num: 12641317446
 Amt Tendered: $10.00

Total Due:       $10.00
Total Tendered:  $10.00
Change Amt:      $0.00

08-1823SBA
```

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.