**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

August 27, 2008

Mr. Reginald Lewis
P95159
San Quentin State Prison
San Quentin, CA 94964

re: Reimbursement/Credit
    C08-3618SBA    Lewis v. Ayers

Dear Mr. Lewis,

This court has received your request to have the $10.00 fee you initially paid for copy work, applied toward the payment of the $5.00 filing fee in C08-3618SBA. The remaining $5.00 will be refunded to you from the financial division in San Francisco within the next few weeks.

If you have any further questions regarding this issue, please contact the court at the above address.

Sincerely,
RICHARD W. WIEKING, Clerk

Deputy Clerk/ KK

encl.